# UNITED STATES DISTRICT COURT

WESTERN District of ARKANSAS

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For **Revocation** of Probation or Supervised Release) |

DAVID FRAZIER

Case Number: 2:02CR20041-001

USM Number: 06497-010

David L. Dunagin
Defendant's Attorney

**THE DEFENDANT:**

X plead guilty to violation of condition(s) __new law violation, general, and standard conditions # 5, 6, and 11__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| New Law Violation | Arrested for possession of controlled substance with intent to deliver | 12/05/2013 |
| General | Possession of controlled substance | 12/05/2013 |
| Standard Condition # 5 | Failed to work regularly at a lawful occupation | 12/24/2013 |
| Standard Condition # 6 | Failed to notify probation office 10 days prior to changing residence | 11/19/2013 |
| Standard Condition # 11 | Failed to notify probation office within 72 hours of being arrested | 12/24/2013 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: xxx-xx-8290

Defendant's Date of Birth: xx-xx-1968

Defendant's Residence Address:

xxxxxxxxxxxxxxxx

Magnolia, AR 71753

Defendant's Mailing Address:

Same as above

January 16, 2014
Date of Imposition of Judgment

Signature of Judge

Honorable Robert T. Dawson, Senior United States District Judge
Name and Title of Judge

1/21/14
Date

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 21 2014

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

DEFENDANT: DAVID FRAZIER
CASE NUMBER: 2:02CR20041-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**Twenty-Four (24) months with no term of supervised release to follow incarceration. Defendant is to be given credit for time already served in federal custody since December 24, 2013.**

X  The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that the defendant serve his term of imprisonment in the FMC Carswell, Federal Bureau of Prisons facility.

The Court recommends the defendant participate in a substance abuse treatment program while incarcerated.

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL